David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
455 West Shaw Avenue
Fresno, CA 93704
Tel. (559) 495-1558
Fax. (559) 248-8491

Attorney for Defendant, **GUILLERMO CABRERA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | **CR-F 04-5029 OWW** |
| ) | |
| Plaintiff,        ) | **MOTION IN LIMINE TO EXCLUDE AUDIO TAPE RECORDINGS** |
| ) | |
| vs.                                  ) | |
| ) | |
| GUILLERMO CABRERA,                   ) | Date: September 6, 2005 |
| ) | Time: 9:00 a.m. |
| Defendant.        ) | Dept: Hon. Oliver W. Wanger |
| ) | |

**TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA AND THE ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that defendant respectfully moves this court for an order excluding all audio tape telephone recordings (telephone conversations between this defendant and the confidential informant) in this matter on the following grounds:

1.) The government has failed to provide defense counsel a complete transcript of phone recordings the government intends to introduce at trial;

2.) The recordings have not been authenticated pursuant to Federal Rules of Evidence sections 104(a) and 901(1);

3.) The recordings may constitute hearsay evidence pursuant to Federal Rules of Evidence section 801.

DATE: August 23, 2005          Respectfully submitted,

/s/ DAVID V. BALAKIAN
David V. Balakian,
Attorney for Defendant,
GUILLERMO CABRERA

2