```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7272
```



FILED
JAN 2 7 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:04-cr-005029-OWW |
|---|---|---|
| Plaintiff, | ) | WAIVER OF INDICTMENT |
| v. | ) | |
| GUILLERMO CABRERA, | ) | |
| Defendant. | ) | |

I, Guillermo Cabrera, having been advised of the nature of the charges and that they are punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure and having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure that I may waive prosecution by Indictment and may be prosecuted by Information, do knowingly, and with advice of counsel,

///

///

1

1  waive in open court my right to be prosecuted by Indictment and do
2  hereby consent to prosecution by Information.
3  DATED: 1-26-06, 2006          *Guillermo Cabrera*
                                  GUILLERMO CABRERA
4                                 Defendant
5
6  DATED: 1/26/06, 2006          *[signature]*
                                  DAVID BALAKIAN
7                                 Defense Counsel