```
MCGREGOR W. SCOTT
United States Attorney
LAUREL JACKSON MONTOYA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
```



FILED
JAN 2 7 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:04-cr-005029-OWW |
| Plaintiff, | |
| v. | VIOLATION:[21 U.S.C. § 843(b) - Using Communication Facility to Facilitate the Commission of a Felony] |
| GUILLERMO CABRERA, | |
| Defendant. | |

## S U P E R S E D I N G   I N F O R M A T I O N

COUNT ONE:   [21 U.S.C. § 843(b) - Using Communication Facility to Facilitate the Commission of a Felony]

The United States Attorney charges: THAT

GUILLERMO CABRERA,

defendant herein, on or about November 10, 2003, in the State and Eastern District of California, and elsewhere, did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate the commission of an act or acts constituting a felony narcotics offense, to wit: the distribution of methamphetamine, the possession of methamphetamine and cocaine with the intent to distribute, and conspiracy to distribute

1

1  methamphetamine and cocaine, Schedule II controlled substances, a
2  violation of Title 21, United States Code Sections 846 & 841(a)(1),
3  all in violation of Title 21 U.S.C. § 843(b).
4  COUNT TWO:    [21 U.S.C. § 843(b) - Using Communication
                  Facility to Facilitate the Commission of a Felony]
5
6        The United States Attorney further charges: THAT
7                        GUILLERMO CABRERA,
8  defendant herein, on or about December 11, 2003, in the State and
9  Eastern District of California, and elsewhere, did knowingly and
10 intentionally use a communication facility, to wit:  a telephone,
11 to facilitate the commission of an act or acts constituting a
12 felony narcotics offense, to wit: the distribution of
13 methamphetamine, the possession of methamphetamine and cocaine with
14 the intent to distribute, and conspiracy to distribute
15 methamphetamine and cocaine, Schedule II controlled substances, a
16 violation of Title 21, United States Code Sections 846 & 841(a)(1),
17 all in violation of Title 21 U.S.C. § 843(b).
18 COUNT THREE:   [21 U.S.C. § 843(b) - Using Communication
                  Facility to Facilitate the Commission of a Felony]
19
20       The United States Attorney further charges: THAT
21                       GUILLERMO CABRERA,
22 defendant herein, on or about January 7, 2004, in the State and
23 Eastern District of California, and elsewhere, did knowingly and
24 intentionally use a communication facility, to wit:  a telephone,
25 to facilitate the commission of an act or acts constituting a
26 felony narcotics offense, to wit: the distribution of
27 methamphetamine, the possession of methamphetamine and cocaine with
28 the intent to distribute, and conspiracy to distribute

1  methamphetamine and cocaine, Schedule II controlled substances, a
2  violation of Title 21, United States Code Sections 846 & 841(a)(1),
3  all in violation of Title 21 U.S.C. § 843(b).
4  DATED: _January 27_, 2006          MCGREGOR W. SCOTT
                                      United States Attorney
5
6                                     By /s/ Laurel Jackson Montoya
                                      LAUREL JACKSON MONTOYA
7                                     Assistant U.S. Attorney

3