1  David V. Balakian, SBN 166749
   **BALAKIAN LAW OFFICES**
2  455 West Shaw Avenue
   Fresno, CA 93704
3  Tel. (559) 495-1558
   Fax. (559) 248-8491
4
   Attorney for Defendant, **GUILLERMO CABRERA**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,) | **CR-F 04-5029 OWW** |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE SENTENCING** |
| vs. ) | |
| GUILLERMO CABRERA, ) | |
| JOSE LUIS CABRERA, ) | |
| Defendant. ) | |

   THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing presently set for Monday, May 22, 2006, at 9:00 a.m., be continued to Monday, July 31, 2006, at 9:00 a.m.

   The sentencing hearing is to be continued for both defendants GUILLERMO CABRERA and JOSE LUIS CABRERA.

   Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

//

//

```
Dated: May 16, 2006.                    /s/ DAVID BALAKIAN
                                        David Balakian,
                                        Attorney for Defendant,
                                        GUILLERMO CABRERA

Dated: May 16, 2006.                    /s/ ANTHONY CAPOZZI
                                        Anthony Capozzi,
                                        Attorney for Defendant,
                                        JOSE LUIS CABRERA

                                        Stipulation has been agreed to
                                        by Mr. Capozzi.

Dated: May 16, 2006.                    /s/ LAUREL MONTOYA
                                        Laurel Montoya,
                                        Assistant U.S. Attorney.

                                        Stipulation has been agreed to
                                        by Ms. Montoya.
```

**ORDER**

IT IS SO ORDERED.

**Dated:   May 18, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE

2