David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
455 West Shaw Avenue
Fresno, CA 93704
Tel. (559) 495-1558
Fax. (559) 248-8491

Attorney for Defendant, **GUILLERMO CABRERA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>GUILLERMO CABRERA,<br><br>   Defendant. | **1: 04 CR 5029 OWW**<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE** |

  THE PARTIES HEREBY STIPULATE AND AGREE that the property located at 746 Stanford, Lindsay, California 93247, be released and exonerated from defendant's pretrial release conditions. All other terms and conditions shall remain in full force and effect.

  The Clerk of the Court is forthwith ordered to do all things necessary to exonerate the collateralization of this property and

///
///
///
///
///
///

reconvey all interests is said property to the owners.

Dated: October 11, 2006.                /s/ DAVID BALAKIAN
                                        David Balakian,
                                        Attorney for Defendant,
                                        GUILLERMO CABRERA

Dated: October 12, 2006.                 /s/ Laurel J. Montoya
                                        Laurel J. Montoya,
                                        Assistant U.S. Attorney.

**ORDER**

IT IS SO ORDERED.

**Dated:   October 12, 2006**              /s/ *Dennis L. Beck*
3b142a                                   UNITED STATES MAGISTRATE JUDGE

2