1 | David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
2 | 1060 Fulton Mall, Suite 814
Fresno, CA 93721
3 | Tel. (559) 495-1558
Fax. (559) 495-1004
4 | davidbalakian@sbcglobal.net.net

5 | Attorney for Defendant, **GUILLERMO CABRERA**

6

7

8

9

10 | **UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11

12 | UNITED STATES OF AMERICA,)    **CR-F 04-5029 OWW**
                          )
13 |                          )
            Plaintiff,   )    **STIPULATION AND ORDER**
14 |                          )    **TO CONTINUE SENTENCING**
        vs.              )
15 |                          )
GUILLERMO CABRERA,       )
16 | _____ )    _____
                          )
17 | _____Defendant._____ )
_____ )
18

19 |     THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing

20 | hearing presently set for Monday, November 13, 2006, at 9:00 a.m.,

21 | be continued to Monday, January 22, 2007, at 9:00 a.m.

22 |     Pursuant to Federal Rules of Criminal Procedure section 18

23 | U.S.C. 3161, the parties agree that any delay resulting from this

24 | continuance shall be excluded in the interest of justice.

25 | Dated: November 6, 2006.          /s/ DAVID BALAKIAN_____
                                  David Balakian,
26 |                                  Attorney for Defendant,
                                  GUILLERMO CABRERA
27

28

1

Dated: November 6, 2006.                    /s/ LAUREL MONTOYA
2                                            Laurel Montoya,
                                             Assistant U.S. Attorney.
3
                                             Stipulation has been agreed to
4                                            by Ms. Montoya.

5

6                                         **ORDER**

7   IT IS SO ORDERED.

8   **Dated:    November 7, 2006**               **/s/ Oliver W. Wanger**
    emm0d6                                   UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2