1  David V. Balakian, SBN 166749
   **BALAKIAN LAW OFFICES**
2  1060 Fulton Mall, Suite 814
   Fresno, CA 93721
3  Tel. (559) 495-1558
   Fax. (559) 495-1004
4  davidbalakian@sbcglobal.net.net

5  Attorney for Defendant, **GUILLERMO CABRERA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR-F 04-5029 OWW** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE SENTENCING** |
| vs. ) | |
| ) | |
| GUILLERMO CABRERA, ) | |
| JOSE LUIS CABRERA, ) | |
| ) | |
| Defendant. ) | |

       THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing presently set for Monday, March 5, 2007, at 9:00 a.m., be continued to Monday, May 21, 2007, at 9:00 a.m.

       This stipulation is for both defendants GUILLERMO CABRERA and JOSE LUIS CABRERA.

       Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

//

//

```
Dated: February 28, 2007.          /s/ DAVID BALAKIAN
                                   David Balakian,
                                   Attorney for Defendant,
                                   GUILLERMO CABRERA


Dated: February 28, 2007.          /s/ ANTHONY CAPOZZI
                                   Anthony Capozzi,
                                   Attorney for Defendant,
                                   JOSE LUIS CABRERA

                                   Stipulation has been agreed to
                                   by Mr. Capozzi.


Dated: February 28, 2007.          /s/ LAUREL MONTOYA
                                   Laurel Montoya,
                                   Assistant U.S. Attorney.

                                   Stipulation has been agreed to
                                   by Ms. Montoya.
```

**ORDER**

IT IS SO ORDERED.

**Dated:   March 6, 2007**                     /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE

2