David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **GUILLERMO CABRERA**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GUILLERMO CABRERA, )<br>)<br>Defendant. ) | **CR-F 04-5029 OWW**<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing presently set for Monday, May 21, 2007, at 9:00 a.m., be continued to Monday, July 23, 2007, at 9:00 a.m.

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: May 16, 2007.     /s/ DAVID BALAKIAN
                          David Balakian,
                          Attorney for Defendant,
                          GUILLERMO CABRERA

```
Dated: May 16, 2007.                    /s/ LAUREL MONTOYA
                                        Laurel Montoya,
                                        Assistant U.S. Attorney.

                                        Stipulation has been agreed to
                                        by Ms. Montoya.
```

**ORDER**

IT IS SO ORDERED.

**Dated:   May 17, 2007**                    **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

2