1  David V. Balakian, SBN 166749
   **BALAKIAN LAW OFFICES**
2  1060 Fulton Mall, Suite 814
   Fresno, CA 93721
3  Tel. (559) 495-1558
   Fax. (559) 495-1004
4  davidbalakian@sbcglobal.net.net

5  Attorney for Defendant, **GUILLERMO CABRERA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>GUILLERMO CABRERA,<br>JOSE LUIS CABRERA,<br><br>      Defendant. | **CR-F 04-5029 OWW**<br><br>**STIPULATION AND ORDER<br>TO CONTINUE SENTENCING** |

THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing presently set for Monday, September, 24, 2007, at 9:00 a.m., be continued to Monday, November 12, 2007, at 9:00 a.m.

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: September 18, 2007.          /s/ DAVID BALAKIAN
                                    David Balakian,
                                    Attorney for Defendant,
                                    GUILLERMO CABRERA

```
Dated: September 18, 2007.            /s/ ANTHONY CAPOZZI
                                      Anthony Capozzi,
                                      Attorney for Defendant,
                                      JOSE LUIS CABRERA

                                      Stipulation has been agreed to
                                      by Mr. Capozzi.




Dated: September 18, 2007.            /s/ LAUREL MONTOYA
                                      Laurel Montoya,
                                      Assistant U.S. Attorney.

                                      Stipulation has been agreed to
                                      by Ms. Montoya.
```

IT IS SO ORDERED.

**Dated:   September 20, 2007**              **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE

2