David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **GUILLERMO CABRERA**

FILED
SEP 20 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GUILLERMO CABRERA, ) <br> JOSE LUIS CABRERA, ) <br> ) <br> Defendant. ) | CR-F 04-5029 OWW <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** |

THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing presently set for Monday, September, 24, 2007, at 9:00 a.m., be continued to ~~Monday,~~ TUESDAY November 13, 2007, at 9:00 a.m.

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: September 18, 2007.            /s/ DAVID BALAKIAN
                                      David Balakian,
                                      Attorney for Defendant,
                                      GUILLERMO CABRERA

| | |
|---|---|
| Dated: September 18, 2007. | /s/ ANTHONY CAPOZZI<br>Anthony Capozzi,<br>Attorney for Defendant,<br>JOSE LUIS CABRERA |
| | Stipulation has been agreed to by Mr. Capozzi. |
| Dated: September 18, 2007. | /s/ LAUREL MONTOYA<br>Laurel Montoya,<br>Assistant U.S. Attorney. |
| | Stipulation has been agreed to by Ms. Montoya. |

**ORDER**

**IT IS SO ORDERED.**

DATED: 9-19-07

_____
Honorable Oliver W. Wanger,
United States District Court Judge.

2