1  David V. Balakian, SBN 166749
   **BALAKIAN LAW OFFICES**
2  1060 Fulton Mall, Suite 814
   Fresno, CA 93721
3  Tel. (559) 495-1558
   Fax. (559) 495-1004
4  davidbalakian@sbcglobal.net.net

5  Attorney for Defendant, **GUILLERMO CABRERA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>    vs. )<br>)<br>GUILLERMO CABRERA, )<br>JOSE LUIS CABRERA,_____ )<br>)<br>_____Defendant._____ )<br>_____) | **CR-F 04-5029 OWW**<br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE SENTENCING** |

    THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing presently set for Monday, September 8, 2008, at 1:30 p.m., be continued to Monday, December 1, 2008, at 1:30 p.m.

    Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: August 26, 2008.          /s/ DAVID BALAKIAN
                                 David Balakian,
                                 Attorney for Defendant,
                                 GUILLERMO CABRERA

```
Dated: August 26, 2008.              /s/ ANTHONY CAPOZZI
                                     Anthony Capozzi,
                                     Attorney for Defendant,
                                     JOSE LUIS CABRERA

                                     Stipulation has been agreed to
                                     by Mr. Capozzi.



Dated: August 26, 2008.              /s/ LAUREL MONTOYA
                                     Laurel Montoya,
                                     Assistant U.S. Attorney.

                                     Stipulation has been agreed to
                                     by Ms. Montoya.
```

**ORDER**

IT IS SO ORDERED.

**Dated:  August 27, 2008**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

2