David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **GUILLERMO CABRERA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GUILLERMO CABRERA, ) <br> JOSE LUIS CABRERA, ) <br> ) <br> Defendant. ) <br> ) | **CR-F 04-5029 OWW** <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** |

THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing presently set for Monday, April 27, 2009, at 1:30 p.m., be continued to Monday, June 22, 2009, at 1:30 p.m.

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: April 22, 2009.      /s/ DAVID BALAKIAN
                            David Balakian,
                            Attorney for Defendant,
                            GUILLERMO CABRERA

Dated: April 22, 2009.                    /s/ ANTHONY CAPOZZI
                                          Anthony Capozzi,
                                          Attorney for Defendant,
                                          JOSE LUIS CABRERA

                                          Stipulation has been agreed to
                                          by Mr. Capozzi.

Dated: April 22, 2009.                    /s/ LAUREL MONTOYA
                                          Laurel Montoya,
                                          Assistant U.S. Attorney.

                                          Stipulation has been agreed to
                                          by Ms. Montoya.

**ORDER**

IT IS SO ORDERED.

**Dated:   April 23, 2009**               **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE