1  David V. Balakian, SBN 166749
   **BALAKIAN LAW OFFICES**
2  1060 Fulton Mall, Suite 814
   Fresno, CA 93721
3  Tel. (559) 495-1558
   Fax. (559) 495-1004
4  davidbalakian@sbcglobal.net.net

5  Attorney for Defendant, **GUILLERMO CABRERA**

6

7

8
                  **UNITED STATES DISTRICT COURT**
9
                  **EASTERN DISTRICT OF CALIFORNIA**
10

11

12 UNITED STATES OF AMERICA,)        **CR-F 04-5029 OWW**
                             )
13                           )
             Plaintiff,      )        **STIPULATION AND ORDER**
14                           )        **TO CONTINUE SENTENCING**
         vs.                 )
15                           )
   GUILLERMO CABRERA,        )
16 JOSE LUIS CABRERA,        )
                             )
17           Defendant.      )
                             )
18

19      THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing

20 hearing presently set for Monday, June 22, 2009, at 1:30 p.m., be

21 continued to Monday, September 28, 2009, at 1:30 p.m.

22      Pursuant to Federal Rules of Criminal Procedure section 18

23 U.S.C. 3161, the parties agree that any delay resulting from this

24 continuance shall be excluded in the interest of justice.

25 Dated: June 16, 2009.            /s/ DAVID BALAKIAN
                                    David Balakian,
26                                  Attorney for Defendant,
                                    GUILLERMO CABRERA
27

28

```
Dated: June 16, 2009.              /s/ ANTHONY CAPOZZI
                                   Anthony Capozzi,
                                   Attorney for Defendant,
                                   JOSE LUIS CABRERA

                                   Stipulation has been agreed to
                                   by Mr. Capozzi.



Dated: June 16, 2009.              /s/ LAUREL MONTOYA
                                   Laurel Montoya,
                                   Assistant U.S. Attorney.

                                   Stipulation has been agreed to
                                   by Ms. Montoya.
```

**ORDER**

IT IS SO ORDERED.

**Dated:   June 17, 2009**                 **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

2