BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CASE NO. 1:04-cr-05029-OWW |
|                                    ) | |
| Plaintiff,     ) | |
|                                    ) | |
| v.                                 ) | STIPULATION TO CONTINUE |
|                                    ) | SENTENCING HEARING AND |
| JOSE LUIS CABRERA, and             ) | ORDER THEREON |
| GUILLERMO CABRERA,                 ) | |
|                                    ) | |
| Defendants.   ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for **November 16, 2009** be continued to **January 25, 2010 at 9:00 a.m.**  The matter is not ready for sentencing and additional time is needed.

Dated: November 12, 2009                               BENJAMIN B. WAGNER
                                                       United States Attorney


                                                       By: /s/ Laurel J. Montoya
                                                       LAUREL J. MONTOYA
                                                       Assistant U.S. Attorney


Dated: November 12, 2009                                /s/ David Balakian
                                                       DAVID BALAKIAN
                                                       Attorney for the Defendant
                                                       Guillermo Cabrera

| | |
|---|---|
| 1  Dated: November 12, 2009 | /s/ Anthony Capozzi |
| 2 | ANTHONY CAPOZZI<br>Attorney for Defendant |
| 3 | Jose Luis Cabrera |

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.

**Dated:   November 12, 2009**          /s/ **Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE