1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  Rm. 4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   CASE NO. 1:04-cr-05029-OWW
                                      )
12            Plaintiff,              )
                                      )
13       v.                           )   STIPULATION TO CONTINUE
                                      )   SENTENCING HEARING AND
14 JOSE LUIS CABRERA, and             )   ORDER THEREON
   GUILLERMO CABRERA,                 )
15                                    )
              Defendants.             )
16 _____     )

17       IT IS HEREBY STIPULATED by and between the parties hereto, and through their

18 respective counsel, that the sentencing hearing currently set for **January 25, 2010** be continued to

19 **February 16, 2010 at 9:00 a.m.**   The matter is not ready for sentencing and additional time is

20 needed.

21 Dated: January 21, 2010                    BENJAMIN B. WAGNER
                                              United States Attorney
22

23                                            By: /s/ Laurel J. Montoya
                                              LAUREL J. MONTOYA
24                                            Assistant U.S. Attorney

25

26 Dated: January 21, 2010                     /s/ David Balakian
                                              DAVID BALAKIAN
27                                            Attorney for the Defendant
                                              Guillermo Cabrera
28

                                     1

Dated: January 21, 2010

                                     /s/ Anthony Capozzi
ANTHONY CAPOZZI
Attorney for Defendant
Jose Luis Cabrera


IT IS SO ORDERED.

**Dated:** __**January 21, 2010**__                    _____**/s/ Oliver W. Wanger**_____
                                      UNITED STATES DISTRICT JUDGE