ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
JOSE LUIS CABRERA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     vs.                            )<br>                                    )<br> JOSE LUIS CABRERA-MENDOZA,         )<br>                                    )<br>          Defendant.                )  | Case No.: CR-F-04-5029 OWW<br><br>STIPULATION FOR CONTINUANCE<br>AND ORDER THEREON |

IT IS HEREBY STIPULATED between the Defendants, Jose Luis Cabrera-Mendoza and Guillermo Cabrera, by and through their respective attorneys-of-record, Anthony P. Capozzi and David Balakian, and Plaintiff, by and through Assistant United States Attorney, Laurel J. Montoya, that the Sentencing hearing now set for Tuesday, February 16, 2010, be continued to Monday, March 8, 2010, at 1:30 p.m. *in camera*.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

   (1)      Title 18, United States Code, Section 3161(h)(8)(A) --  that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

PDF created with pdfFactory trial version www.pdffactory.com

(2)     Title 18, United States Code, Section 3161(h)(8)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: February 12, 2010

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
Jose Luis Cabrera-Mendoza

Dated: February 12, 2010

/s/ David Balakian
DAVID BALAKIAN,
Attorney for Defendant,
Guillermo Cabrera

Dated:  February 12, 2010

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

- 2 –

Stipulation and Order for Continuance
04-5029 OWW

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the hearing set for Tuesday, February 16, 2009 is vacated and continued to Monday, March 8, 2010 at 1:30 p.m. *in camera.*

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Dated:  February 12, 2010

/s/ OLIVER W. WANGER
Senior United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com